AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Firestone, Nancy B. | United States Court of Federal Claims | 06/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
National Courts Building
717 Madison Place, NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor - Spring 2018 - Litigation Seminar Law | Georgetown University Law Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Georgetown University Law Center - Srping Semester Law School | $6,250.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank NA | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DOJ Credit Union (Cash Account) | A | Interest | J | T | | | | | |
| 2. Resverlogix Corp. | A | Dividend | J | T | | | | | |
| 3. Wells Fargo (Cash Account) | A | Interest | J | T | | | | | |
| 4. TD America (Cash Account) | A | Dividend | M | T | | | | | |
| 5. Rental Property, Arlington, VA | E | Rent | J | W | | | | | |
| 6. INVESTMENT MANAGEMENT ACCOUINT #1 Lines 7- 98 | | | | | | | | | |
| 7. Chevy Chase Trust - BlackRock Liquid Funds Money Market | A | Dividend | L | T | | | | | |
| 8. Amazon Inc | A | None | K | T | | | | | |
| 9. Grubhub Inc | A | None | J | T | | | | | |
| 10. LVMH Moet Hennessy Louis | A | Dividend | J | T | | | | | |
| 11. Nike Inc | A | Dividend | K | T | | | | | |
| 12. Tiffany & Co | A | Dividend | J | T | | | | | |
| 13. Estee Lauder Cos | A | Dividend | J | T | | | | | |
| 14. Pepsico Inc | A | Dividend | J | T | | | | | |
| 15. Unilever NV ADR | A | Dividend | K | T | | | | | |
| 16. Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 17. Berkshire Hathaway Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup Inc | A | Dividend | K | T | | | | | |
| 19. CME Group Inc | A | Dividend | K | T | | | | | |
| 20. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 21. Editas Medicine Inc | | None | J | T | | | | | |
| 22. Illumina Inc | | None | K | T | | | | | |
| 23. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 24. Intuitive Surgical Inc | | None | K | T | | | | | |
| 25. Novartis AG ADR | A | Dividend | K | T | | | | | |
| 26. 3M Co | A | Dividend | J | T | | | | | |
| 27. Daifuku CO LTD | A | Dividend | K | T | | | | | |
| 28. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 29. Fanuc LTD | A | Dividend | J | T | | | | | |
| 30. Roper Technologies Inc | A | Dividend | J | T | | | | | |
| 31. Apple Inc | A | Dividend | K | T | | | | | |
| 32. Cognex Corp | A | Dividend | J | T | | | | | |
| 33. Flir Systems Inc | A | Dividend | K | T | | | | | |
| 34. Microsoft Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NVIDIA Corp | A | Dividend | J | T | | | | | |
| 36. Square Inc | | None | J | T | | | | | |
| 37. Visa Inc | A | Dividend | K | T | | | | | |
| 38. Ecolab Inc | A | Dividend | J | T | | | | | |
| 39. Cyrusone Inc REIT | A | Dividend | J | T | | | | | |
| 40. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 41. Alphabet Inc | | None | K | T | | | | | |
| 42. Walt Disney Co | A | Dividend | K | T | | | | | |
| 43. American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 44. NextEra Energy Inc | A | Dividend | K | T | | | | | |
| 45. Editas Medicine Inc | | | | | Buy | 01/09/18 | J | | |
| 46. Intellia Therapeutics Inc | | | | | Buy | 01/11/18 | J | | |
| 47. Fanuc LTD | | | | | Buy | 01/26/18 | J | | |
| 48. Sumitomo Mitsui Financial Group Inc | | | | | Buy | 01/26/18 | J | | |
| 49. Square Inc | | | | | Buy | 01/30/18 | J | | |
| 50. LVHM Moet Hennessy | | | | | Buy (add'l) | 02/02/18 | J | | |
| 51. CME Group Inc | | | | | Buy (add'l) | 02/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Jd.Com Inc | | | | | Buy | 02/09/18 | J | | |
| 53. Tiffany & Co | | | | | Buy (add'l) | 02/09/18 | J | | |
| 54. Nike Inc | | | | | Buy (add'l) | 02/09/18 | J | | |
| 55. LVMH Moet Hennessy Louis | | | | | Buy (add'l) | 02/26/18 | J | | |
| 56. Regeneron Pharmacueticals Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 57. Microsoft Corp | | | | | Buy (add'l) | 03/28/18 | J | | |
| 58. Alphabet Inc | | | | | Buy (add'l) | 04/09/18 | K | | |
| 59. Square Inc | | | | | Buy | 04/09/18 | J | | |
| 60. Pepsico Inc | | | | | Buy (add'l) | 05/23/18 | J | | |
| 61. Illumina Inc | | | | | Buy | 05/24/18 | K | | |
| 62. Charles Schwab Corp | | | | | Buy | 06/22/18 | J | | |
| 63. Tiffany & Co | | | | | Buy (add'l) | 07/23/18 | J | | |
| 64. Nike Inc | | | | | Buy (add'l) | 08/13/18 | J | | |
| 65. Anadarko Petroleum Corp | | | | | Buy | 08/23/18 | K | | |
| 66. Delivery Hero AG | | | | | Buy | 08/29/18 | J | | |
| 67. Splunk Inc | | | | | Buy | 08/31/18 | J | | |
| 68. 3M Co | | | | | Buy | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LVMH Moet Hennessy Louis | | | | | Buy (add'l) | 11/20/18 | J | | |
| 70. Splunk | | | | | Buy (add'l) | 12/28/18 | J | | |
| 71. Editas Medicine Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 72. Charles Schwab Corp | | | | | Buy (add'l) | 12/31/18 | J | | |
| 73. Henry Schein Inc | | | | | Sold | 01/25/18 | J | C | |
| 74. 3M Co | | | | | Sold (part) | 01/25/18 | K | D | |
| 75. Starbucks Corp | | | | | Sold | 01/25/18 | J | C | |
| 76. Sirius XM Holdings Inc | | | | | Sold | 01/25/18 | K | C | |
| 77. TJX Companies | | | | | Sold | 01/25/18 | J | C | |
| 78. Citigroup Inc | | | | | Sold (part) | 02/07/18 | J | A | |
| 79. Delta Airlines Inc | | | | | Sold (part) | 02/07/18 | J | A | |
| 80. CVS Health Corp | | | | | Sold | 04/03/18 | J | A | |
| 81. Regeneron Pharmaceuticals Inc | | | | | Sold | 04/03/18 | J | A | |
| 82. Datalogic | | | | | Sold (part) | 04/05/18 | J | A | |
| 83. Datalogic | | | | | Sold (part) | 04/06/18 | J | A | |
| 84. Datalogic | | | | | Sold | 04/09/18 | J | A | |
| 85. Nordea Bank AB | | | | | Sold | 04/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cognex Corp | | | | | Sold (part) | 04/13/18 | J | A | |
| 87. Fanuc Corp | | | | | Sold (part) | 06/22/18 | J | A | |
| 88. Foundation Medicine | | | | | Sold | 08/01/18 | K | E | Acquired for cash by IBM |
| 89. Jd.com Inc | | | | | Sold (part) | 08/09/18 | J | A | |
| 90. Sumitomo Mitsui Financial Group Inc | | | | | Sold (part) | 08/13/18 | J | A | |
| 91. ING Groep NV | | | | | Sold | 08/17/18 | J | A | |
| 92. Estee Lauder Cos | | | | | Sold (part) | 08/22/18 | J | C | |
| 93. Daifuku CO LTD | | | | | Sold (part) | 08/24/18 | K | D | |
| 94. Anadarko Petroleum Corp | | | | | Sold | 11/21/18 | J | A | |
| 95. Charles Schwab Corp | | | | | Sold (part) | 11/21/18 | J | A | |
| 96. Splunk Inc | | | | | Sold (part) | 11/21/18 | J | A | |
| 97. Delivery Hero AG | | | | | Sold (part) | 11/27/18 | J | A | |
| 98. Delivery Hero AG | | | | | Sold | 11/27/18 | J | A | |
| 99. | | | | | | | | | |
| 100. INVESTMENT MANAGEMENT ACCT #2 IRA Rollover Lines 101 - 253 | | | | | | | | | |
| 101. Chevy Chase Trust - BlackRock Liquid Funds Money Market | C | Dividend | M | T | | | | | |
| 102. Amazon Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Delivery Hero AG | | None | J | T | | | | | |
| 104. Grubhub Inc | | None | J | T | | | | | |
| 105. LVHM Moet Hennessy Louis | A | Dividend | J | T | | | | | |
| 106. Nike Inc | A | Dividend | K | T | | | | | |
| 107. Tiffany & CO | A | Dividend | J | T | | | | | |
| 108. Lauder Estee Co | A | Dividend | J | T | | | | | |
| 109. Pepsico Inc | A | Dividend | K | T | | | | | |
| 110. Unilever NV | A | Dividend | K | T | | | | | |
| 111. Anadarko Petroleum Corp | A | Dividend | J | T | | | | | |
| 112. Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 113. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 114. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 115. Citigroup Inc | A | Dividend | K | T | | | | | |
| 116. CME Group Inc | A | Dividend | K | T | | | | | |
| 117. Goldman Sachs Group | A | Dividend | K | T | | | | | |
| 118. ING Groep NV | A | Dividend | J | T | | | | | |
| 119. Charles Schwab Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Editas Medical Inc | | None | J | T | | | | | |
| 121. Illumina Inc | | None | K | T | | | | | |
| 122. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 123. Intuitive Surgical Inc | | None | J | T | | | | | |
| 124. Novartis AG | A | Dividend | K | T | | | | | |
| 125. 3M CO | A | Dividend | J | T | | | | | |
| 126. Daifuku CO LTD | A | Dividend | K | T | | | | | |
| 127. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 128. Fanuc Corp | A | Dividend | J | T | | | | | |
| 129. Roper Technologies Inc | A | Dividend | K | T | | | | | |
| 130. Apple Inc | A | Dividend | K | T | | | | | |
| 131. Cognex Inc | A | Dividend | J | T | | | | | |
| 132. Flir Systems Inc | A | Dividend | J | T | | | | | |
| 133. Microsoft Corp | A | Dividend | K | T | | | | | |
| 134. NVIDIA Corp | A | Dividend | J | T | | | | | |
| 135. Splunk Inc | | None | J | T | | | | | |
| 136. Square Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Visa Inc | A | Dividend | J | T | | | | | |
| 138. Ecolab Inc | A | Dividend | J | T | | | | | |
| 139. Cyrusone Inc REIT | A | Dividend | J | T | | | | | |
| 140. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 141. Alphabet Inc | | None | J | T | | | | | |
| 142. Walt Disney Co | A | Dividend | K | T | | | | | |
| 143. Verizon Communications | A | Dividend | K | T | | | | | |
| 144. American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 145. NextEra Energy Inc | A | Dividend | K | T | | | | | |
| 146. New Jersy Bell Tel Co | B | Interest | K | T | | | | | |
| 147. Jd.Com Inc | | | | | Buy | 01/08/18 | J | | |
| 148. Square Inc | | | | | Buy | 01/08/18 | J | | |
| 149. Editas Medicine Inc | | | | | Buy | 01/09/18 | J | | |
| 150. Intellia Therapeutics Inc | | | | | Buy | 01/09/18 | J | | |
| 151. Sumitomo Mitsui Financial Group Inc | | | | | Buy | 01/22/18 | J | | |
| 152. American Electric Power Co Inc | | | | | Buy | 01/29/18 | J | | |
| 153. NextEra Energy Inc | | | | | Buy | 01/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Amazon Inc | | | | | Buy (add'l) | 02/09/18 | J | | |
| 155. Sumitomo Mitsui Financial Group | | | | | Buy (add'l) | 02/14/18 | J | | |
| 156. LVMH Moet Hennessy Louis | | | | | Buy (add'l) | 02/26/18 | J | | |
| 157. Amazon Inc | | | | | Buy (add'l) | 03/01/18 | J | | |
| 158. Foudation Medicine Inc | | | | | Buy (add'l) | 03/01/18 | J | | |
| 159. Citigroup Inc | | | | | Buy (add'l) | 03/01/18 | J | | |
| 160. Tiffany & Co Inc | | | | | Buy | 03/01/18 | J | | |
| 161. Daifuku CO LTD | | | | | Buy | 03/05/18 | J | | |
| 162. Jd.com Inc | | | | | Buy (add'l) | 03/06/18 | J | | |
| 163. Illumina Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 164. Nike Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 165. Visa Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 166. Editas Medical Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 167. Estee Lauder Cos | | | | | Buy (add'l) | 03/07/18 | J | | |
| 168. Roper Technologies Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 169. Intellia Therapeutics Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 170. Square Inc | | | | | Buy (add'l) | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  CME Group Inc | | | | | Buy (add'l) | 03/20/18 | J | | |
| 172.  Ecolab Inc | | | | | Buy (add'l) | 03/20/18 | J | | |
| 173.  Microsoft Corp | | | | | Buy | 03/28/18 | J | | |
| 174.  American Electric Cos Inc | | | | | Buy (add'l) | 03/28/18 | J | | |
| 175.  Walt Disney Company | | | | | Buy (add'l) | 03/28/18 | J | | |
| 176.  Goldman Sachs Group | | | | | Buy (add'l) | 03/28/18 | J | | |
| 177.  Pepsico Inc | | | | | Buy (add'l) | 04/03/18 | J | | |
| 178.  Alphabet Inc | | | | | Buy (add'l) | 04/03/18 | J | | |
| 179.  Square Inc | | | | | Buy (add'l) | 04/09/18 | J | | |
| 180.  Royal Dutch Shell PLC | | | | | Buy (add'l) | 04/09/18 | J | | |
| 181.  Tiffany Inc | | | | | Buy (add'l) | 04/09/18 | J | | |
| 182.  NVIDIA Corp | | | | | Buy (add'l) | 04/09/18 | J | | |
| 183.  Anadarko Petroleum Corp | | | | | Buy (add'l) | 04/16/18 | J | | |
| 184.  Cognex Corp | | | | | Buy (add'l) | 04/16/18 | J | | |
| 185.  Tiffany & Co | | | | | Buy (add'l) | 04/19/18 | J | | |
| 186.  Terreno Realty Corp REIT | | | | | Buy (add'l) | 05/02/18 | J | | |
| 187.  Delta Airlines Inc | | | | | Buy (add'l) | 05/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Pepsico Inc | | | | | Buy (add'l) | 05/23/18 | J | | |
| 189. NextEra Energy Inc | | | | | Buy (add'l) | 05/23/18 | J | | |
| 190. Cyrusone Inc REIT | | | | | Buy (add'l) | 06/08/18 | J | | |
| 191. Charles Schwab Corp | | | | | Buy | 06/22/18 | J | | |
| 192. Splunk Inc | | | | | Buy | 07/13/18 | J | | |
| 193. Nike Inc | | | | | Buy | 08/03/18 | J | | |
| 194. Verizon Communications Inc | | | | | Buy | 08/08/18 | J | | |
| 195. 3M Co | | | | | Buy (add'l) | 08/07/18 | J | | |
| 196. Charles Schwab Corp | | | | | Buy (add'l) | 08/09/18 | J | | |
| 197. Schlumberger LTD | | | | | Buy (add'l) | 08/23/18 | J | | |
| 198. Delivery Hero AG | | | | | Buy | 08/29/18 | J | | |
| 199. Nextera Energy Inc | | | | | Buy (add'l) | 10/03/18 | J | | |
| 200. Daifuku Co LTD | | | | | Buy (add'l) | 10/05/18 | J | | |
| 201. Fanuc Corp | | | | | Buy (add'l) | 10/05/18 | J | | |
| 202. Visa Inc | | | | | Buy (add'l) | 10/11/18 | J | | |
| 203. Novartis AG | | | | | Buy (add'l) | 10/16/18 | J | | |
| 204. Verizon Communications | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. LVMH Moet Hennessy Louis | | | | | Buy (add'l) | 11/20/18 | J | | |
| 206. Apple Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 207. Editas Medicine Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 208. Regeneron Pharmaceuticals Inc | | | | | Buy (add'l) | 12/28/18 | K | | |
| 209. Charles Schwab Corp | | | | | Buy (add'l) | 12/28/18 | J | | |
| 210. Sirius XM Holdings | | | | | Sold | 01/08/18 | K | B | |
| 211. Foundation Medicine Inc | | | | | Sold (part) | 01/08/18 | J | B | |
| 212. Merck & CO | | | | | Sold | 01/09/18 | J | | |
| 213. Range Resources Corp | | | | | Sold | 01/31/18 | J | | |
| 214. Nordea Bank AB | | | | | Sold | 01/31/18 | J | A | |
| 215. Citigroup Inc | | | | | Sold (part) | 02/07/18 | J | B | |
| 216. Delta Airlines Inc | | | | | Sold (part) | 02/07/18 | J | B | |
| 217. Verizon Communications | | | | | Sold (part) | 02/07/18 | J | A | |
| 218. Hiroshima Bank LTD | | | | | Sold | 02/07/18 | J | | |
| 219. Grubhub Inc | | | | | Sold (part) | 02/12/18 | J | C | |
| 220. Datalogic | | | | | Sold (part) | 03/08/18 | J | B | |
| 221. Datalogic | | | | | Sold (part) | 03/09/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Datalogic | | | | | Sold (part) | 03/12/18 | J | A | |
| 223. Datalogic | | | | | Sold | 03/13/18 | J | | |
| 224. CVS Health Corp | | | | | Sold | 04/03/18 | K | | |
| 225. Impinj Inc | | | | | Sold | 04/03/18 | J | | |
| 226. Regeneron Pharmaceuticals Inc | | | | | Sold | 04/03/18 | J | | |
| 227. Cognex Corp | | | | | Sold | 04/13/18 | J | A | |
| 228. Terreno Realty Corp REIT | | | | | Sold (part) | 04/23/18 | J | A | |
| 229. Flir Systems Inc | | | | | Sold (part) | 04/26/18 | J | A | |
| 230. Fanuc Corp | | | | | Sold (part) | 05/22/18 | J | B | |
| 231. Daifuku Co LTD | | | | | Sold (part) | 05/22/18 | J | B | |
| 232. Foundation Medicine Inc | | | | | Sold (part) | 06/08/18 | J | D | |
| 233. Daifuku Co LTD | | | | | Sold (part) | 06/22/18 | J | C | |
| 234. Fanuc Corp | | | | | Sold (part) | 06/22/18 | J | A | |
| 235. Estee Lauder Cos | | | | | Sold (part) | 07/05/18 | J | A | |
| 236. Square Inc | | | | | Sold (part) | 07/13/18 | J | A | |
| 237. Foundation Medicine Inc | | | | | Sold (part) | 07/17/18 | J | D | |
| 238. Flir Systems Inc | | | | | Sold (part) | 07/25/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Amazon Inc | | | | | Sold (part) | 08/03/18 | J | D | |
| 240. Estee Lauder Cos | | | | | Sold (part) | 08/03/18 | J | C | |
| 241. Illumina Inc | | | | | Sold (part) | 08/03/18 | K | D | |
| 242. Jd.Com Inc | | | | | Sold (part) | 08/09/18 | J | | |
| 243. Apple Inc | | | | | Sold (part) | 08/10/18 | J | B | |
| 244. Sumitomu Mitsui Financial Group | | | | | Sold | 08/13/18 | J | | |
| 245. CME Group Inc | | | | | Sold (part) | 08/23/18 | J | B | |
| 246. Grubhub Inc | | | | | Sold (part) | 10/03/18 | J | A | |
| 247. Illumina Inc | | | | | Sold (part) | 10/10/18 | J | A | |
| 248. Illumina Inc | | | | | Sold (part) | 10/17/18 | J | A | |
| 249. Alphabet Inc | | | | | Sold (part) | 10/17/18 | J | B | |
| 250. Apple Inc | | | | | Sold (part) | 11/14/18 | J | A | |
| 251. Alphabet Inc | | | | | Sold (part) | 11/14/18 | J | D | |
| 252. NVIDIA Corp | | | | | Sold (part) | 11/14/18 | J | D | |
| 253. LVMH Moet Hennessey Louis | | | | | Sold (part) | 11/14/18 | J | A | |
| 254. | | | | | | | | | |
| 255. INVESTMENT MANAGEMENT ACCT #3 - ROTH IRA Lines 256 - 420 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Chevy Chase Trust - Blackrock Liquid Fedfunds | B | Interest | L | T | | | | | |
| 257. Amazon Ic | | None | J | T | | | | | |
| 258. Delivery Hero AG | | None | J | T | | | | | |
| 259. Grubhub Inc | | None | J | T | | | | | |
| 260. LVMH Moet Hennessey | A | Dividend | J | T | | | | | |
| 261. Nike Inc | A | Dividend | J | T | | | | | |
| 262. Tiffany & Co | A | Dividend | J | T | | | | | |
| 263. Estee Lauder Cos | A | Dividend | J | T | | | | | |
| 264. Pepsico Inc | A | Dividend | J | T | | | | | |
| 265. Unilever | A | Dividend | J | T | | | | | |
| 266. Anadarko Petroleum Corp | A | Dividend | J | T | | | | | |
| 267. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 268. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 269. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 270. Citigroup Inc | A | Dividend | J | T | | | | | |
| 271. CME Group Inc | A | Dividend | J | T | | | | | |
| 272. Goldman Sachs inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ING Groep | A | Dividend | J | T | | | | | |
| 274. Charles Schwab Inc | A | Dividend | J | T | | | | | |
| 275. Editas Medicine Inc | | None | J | T | | | | | |
| 276. Illumina Inc | | None | J | T | | | | | |
| 277. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 278. Intuitive Surgical Inc | | None | J | T | | | | | |
| 279. Novartis AG | A | Dividend | J | T | | | | | |
| 280. 3M Company Inc | A | Dividend | J | T | | | | | |
| 281. Daifuku CO LTD | A | Dividend | J | T | | | | | |
| 282. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 283. Fanuc LTD | A | Dividend | J | T | | | | | |
| 284. Roper Technologies Inc | A | Dividend | J | T | | | | | |
| 285. Apple Inc | A | Dividend | J | T | | | | | |
| 286. Cognex Corp | A | Dividend | J | T | | | | | |
| 287. Flir Systems Inc | A | Dividend | J | T | | | | | |
| 288. Microsoft Corp | A | Dividend | J | T | | | | | |
| 289. NVIDIA Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Splunk Inc | | None | J | T | | | | | |
| 291. Square Inc | | None | J | T | | | | | |
| 292. Visa Inc | A | Dividend | J | T | | | | | |
| 293. Ecolab Inc | A | Dividend | J | T | | | | | |
| 294. Cyrusone Inc REIT | A | Dividend | J | T | | | | | |
| 295. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 296. Alphabet Inc | | None | J | T | | | | | |
| 297. The Walt Disney Co | A | Dividend | J | T | | | | | |
| 298. Verizon Communications | A | Dividend | K | T | | | | | |
| 299. American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 300. NextEra Energy Inc | A | Dividend | J | T | | | | | |
| 301. Jd.Com Inc | | | | | Buy | 01/08/18 | J | | |
| 302. Square Inc | | | | | Buy | 01/08/18 | J | | |
| 303. Editas Medicine Inc | | | | | Buy | 01/09/18 | J | | |
| 304. Intellia Therapuetics Inc | | | | | Buy | 01/09/18 | J | | |
| 305. Royal Dutch Shell PLC | | | | | Buy (add'l) | 01/12/18 | J | | |
| 306. Sumitomo Mitsui Financial Group | | | | | Buy | 01/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. American Electric Power Co | | | | | Buy (add'l) | 01/29/18 | J | | |
| 308. NextEra Energy Inc | | | | | Buy (add'l) | 01/29/18 | J | | |
| 309. Amazon Inc | | | | | Buy (add'l) | 02/09/18 | J | | |
| 310. Sumitomo Mitsui Financial Group | | | | | Buy (add'l) | 02/14/18 | J | | |
| 311. LVMH Moet Hennessy Louis | | | | | Buy (add'l) | 02/26/18 | J | | |
| 312. Amazon Inc | | | | | Buy (add'l) | 03/01/18 | J | | |
| 313. Berkshire Hathaway Inc | | | | | Buy (add'l) | 03/01/18 | J | | |
| 314. Tiffany & Co | | | | | Buy (add'l) | 03/01/18 | J | | |
| 315. Jd.Com Inc | | | | | Buy (add'l) | 03/06/18 | J | | |
| 316. Nike Inc | | | | | Buy (add'l) | 03/07/18 | J | | |
| 317. Estee Lauder Cos | | | | | Buy (add'l) | 03/07/18 | J | | |
| 318. Verizon Communications | | | | | Buy (add'l) | 03/07/18 | J | | |
| 319. Square Inc | | | | | Buy (add'l) | 03/20/18 | J | | |
| 320. Ecolab Inc | | | | | Buy (add'l) | 03/20/18 | J | | |
| 321. Microsoft Corp | | | | | Buy (add'l) | 03/28/18 | J | | |
| 322. Pepsico Inc | | | | | Buy (add'l) | 04/03/18 | J | | |
| 323. Square Inc | | | | | Buy (add'l) | 04/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Royal Dutch Shell PLC | | | | | Buy (add'l) | 04/09/18 | J | | |
| 325. Tiffany & Co | | | | | Buy (add'l) | 04/09/18 | J | | |
| 326. Anadarko Petroleum Corp | | | | | Buy (add'l) | 04/16/18 | J | | |
| 327. Cognex Inc | | | | | Buy (add'l) | 04/16/18 | J | | |
| 328. Tiffany & Co | | | | | Buy (add'l) | 04/19/18 | J | | |
| 329. Terreno Realty Corp REIT | | | | | Buy (add'l) | 05/02/18 | J | | |
| 330. Delta Airlines Inc | | | | | Buy (add'l) | 05/18/18 | J | | |
| 331. Pepsico Inc | | | | | Buy (add'l) | 05/23/18 | J | | |
| 332. Illumina Inc | | | | | Buy (add'l) | 05/24/18 | J | | |
| 333. Cyrusone Inc REIT | | | | | Buy (add'l) | 06/08/18 | J | | |
| 334. Charles Schwab Corp | | | | | Buy | 06/22/18 | J | | |
| 335. Splunk Inc | | | | | Buy (add'l) | 07/13/18 | J | | |
| 336. Nike Inc | | | | | Buy (add'l) | 08/03/18 | J | | |
| 337. Verizon Communications | | | | | Buy (add'l) | 08/08/18 | J | | |
| 338. 3M Co | | | | | Buy (add'l) | 08/09/18 | J | | |
| 339. Charles Schwab Inc | | | | | Buy (add'l) | 08/09/18 | J | | |
| 340. Schlumberger LTD | | | | | Buy (add'l) | 08/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Delivery Hero AG | | | | | Buy | 08/29/18 | J | | |
| 342. Schlumberger LTD | | | | | Buy (add'l) | 09/24/18 | J | | |
| 343. Apple Inc | | | | | Buy (add'l) | 09/24/18 | J | | |
| 344. Amazon Inc | | | | | Buy (add'l) | 09/24/18 | J | | |
| 345. Citigroup Inc | | | | | Buy (add'l) | 09/24/18 | J | | |
| 346. Walt Disney Company | | | | | Buy (add'l) | 09/24/18 | J | | |
| 347. Editas Medicine Inc | | | | | Buy (add'l) | 09/24/18 | J | | |
| 348. Estee Lauder Co | | | | | Buy (add'l) | 09/24/18 | J | | |
| 349. LVHM Moet Hennessy Louis | | | | | Buy (add'l) | 09/24/18 | J | | |
| 350. Nike Inc | | | | | Buy (add'l) | 09/24/18 | J | | |
| 351. Novartis AG | | | | | Buy (add'l) | 09/24/18 | J | | |
| 352. Terreno Realty Corp REIT | | | | | Buy (add'l) | 09/24/18 | J | | |
| 353. Royal Dutch Shell PLC | | | | | Buy (add'l) | 09/25/18 | J | | |
| 354. Anadarko Petroleum Corp | | | | | Buy (add'l) | 09/27/18 | J | | |
| 355. CME Group Inc | | | | | Buy (add'l) | 09/27/18 | J | | |
| 356. Illumina Inc | | | | | Buy (add'l) | 09/27/18 | J | | |
| 357. Microsoft Corp | | | | | Buy (add'l) | 09/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Intellia Therapeutics Inc | | | | | Buy (add'l) | 09/27/18 | J | | |
| 359. Daifuku CO LTD | | | | | Buy (add'l) | 09/27/18 | J | | |
| 360. Fanuc Corp | | | | | Buy (add'l) | 09/27/18 | J | | |
| 361. American Electric Power | | | | | Buy (add'l) | 10/02/18 | J | | |
| 362. Delta Airlines Inc | | | | | Buy (add'l) | 10/02/18 | J | | |
| 363. Flir Systems Inc | | | | | Buy (add'l) | 10/02/18 | J | | |
| 364. Goldman Sachs Group Inc | | | | | Buy (add'l) | 10/02/18 | J | | |
| 365. Verizon Communications | | | | | Buy (add'l) | 10/02/18 | J | | |
| 366. NextEra Energy Inc | | | | | Buy (add'l) | 10/03/18 | J | | |
| 367. Fanuc Corp | | | | | Buy (add'l) | 10/05/18 | J | | |
| 368. Visa Inc | | | | | Buy (add'l) | 10/11/18 | J | | |
| 369. Novartis AG | | | | | Buy (add'l) | 10/16/18 | J | | |
| 370. Pepsico Inc | | | | | Buy (add'l) | 10/17/18 | J | | |
| 371. Verizon Communications | | | | | Buy (add'l) | 10/17/18 | J | | |
| 372. LVHM Moet Hennessy louis | | | | | Buy (add'l) | 11/20/18 | J | | |
| 373. Unilever NV | | | | | Buy (add'l) | 11/20/18 | J | | |
| 374. Apple Inc | | | | | Buy (add'l) | 12/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Editas Medicine Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 376. Regeneron Pharmacueticals Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 377. Charles Schwab Corp | | | | | Buy (add'l) | 12/28/18 | J | | |
| 378. Splunk Inc | | | | | Buy (add'l) | 12/28/18 | J | | |
| 379. Sirius XM Holdings | | | | | Sold | 01/08/18 | J | A | |
| 380. Merck & CO | | | | | Sold | 01/09/18 | J | A | |
| 381. Range Resources Inc | | | | | Sold | 01/13/18 | J | | |
| 382. Nordea Bank AG | | | | | Sold | 01/31/18 | J | A | |
| 383. Citigroup Inc | | | | | Sold (part) | 02/07/18 | J | A | |
| 384. Delta Airlines Inc | | | | | Sold (part) | 02/07/18 | J | A | |
| 385. Verizon Communications | | | | | Sold (part) | 02/07/18 | J | A | |
| 386. Hiroshima Bank LTD | | | | | Sold | 02/07/18 | J | A | |
| 387. GrubHub Inc | | | | | Sold (part) | 02/12/18 | J | | |
| 388. Regeneron Pharmacueticals Inc | | | | | Sold (part) | 03/01/18 | J | | |
| 389. Impinj Inc | | | | | Sold | 03/01/18 | J | | |
| 390. CVS Health Corp | | | | | Sold | 03/05/18 | J | | |
| 391. Schlumberger LTD | | | | | Sold (part) | 03/06/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Datalogic | | | | | Sold (part) | 03/08/18 | J | A | |
| 393. Datalogic | | | | | Sold (part) | 03/09/18 | J | B | |
| 394. Datalogic | | | | | Sold (part) | 03/12/18 | J | A | |
| 395. Datalogic | | | | | Sold | 03/13/18 | J | A | |
| 396. Cognex Corp | | | | | Sold (part) | 04/13/18 | J | A | |
| 397. Terreno Realty Corp REIT | | | | | Sold (part) | 04/23/18 | J | A | |
| 398. Flir Systems Inc | | | | | Sold (part) | 04/26/18 | J | A | |
| 399. Fanuc Corp | | | | | Sold (part) | 05/22/18 | J | A | |
| 400. Daifuku CO LTD | | | | | Sold (part) | 05/22/18 | J | A | |
| 401. Foundation Medicine Inc | | | | | Sold (part) | 06/08/18 | J | C | |
| 402. Daifuku CO TLD | | | | | Sold (part) | 06/22/18 | J | B | |
| 403. Fanuc Corp | | | | | Sold (part) | 06/22/18 | J | A | |
| 404. Estee Lauder Co | | | | | Sold (part) | 07/05/18 | J | B | |
| 405. Square Inc | | | | | Sold (part) | 07/13/18 | J | A | |
| 406. Foundation Medicine Inc | | | | | Sold (part) | 07/17/18 | J | C | |
| 407. Flir Systems Inc | | | | | Sold (part) | 07/25/18 | J | C | |
| 408. Amazon Inc | | | | | Sold (part) | 08/03/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Estee Lauder Co | | | | | Sold (part) | 08/03/18 | J | B | |
| 410. Illumina Inc | | | | | Sold (part) | 08/03/18 | J | C | |
| 411. Jd.Com Inc | | | | | Sold (part) | 08/09/18 | J | | |
| 412. Apple Inc | | | | | Sold (part) | 08/10/18 | J | A | |
| 413. Sumitomo Mitsui Financial Group | | | | | Sold (part) | 08/13/18 | J | | |
| 414. CME Group Inc | | | | | Sold (part) | 08/23/18 | J | A | |
| 415. GrubHub Inc | | | | | Sold (part) | 10/03/18 | J | B | |
| 416. Illumina Inc | | | | | Sold (part) | 10/10/18 | J | A | |
| 417. Alphabel Inc | | | | | Sold (part) | 10/17/18 | J | C | |
| 418. Apple Inc | | | | | Sold (part) | 11/14/18 | J | B | |
| 419. NVIDIA Corp | | | | | Sold (part) | 11/14/18 | J | B | |
| 420. LVMH Moet Hennessy Louis | | | | | Sold (part) | 11/14/18 | J | A | |
| 421. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 06/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy B. Firestone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544